NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TODD SCHAEFFER,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2022-2144

---

Appeal from the United States Court of Federal Claims in No. 1:20-cv-01498-RTH, Judge Ryan T. Holte.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

Todd Schaeffer moves to stay the mandate, ECF Nos. 29 and 30.

On November 17, 2022, this court granted the government's motion to dismiss this appeal as untimely and issued the mandate in accordance with Federal Circuit Rule 41.  Mr. Schaffer has shown no basis to recall the mandate; nor does the court understand his filing as either seeking

rehearing or reconsideration of the court's order or requesting additional time in which to do so.

Upon consideration thereof,

IT IS ORDERED THAT:

The confidential and non-confidential versions of the motion are accepted for filing and denied.

FOR THE COURT

December 23, 2022                    /s/ Peter R. Marksteiner
        Date                          Peter R. Marksteiner
                                      Clerk of Court